UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT J. MORE, etc.,

    Plaintiff,

v.                                    CASE No. 8:09-CV-496-T-30TGW

MICHAEL SCHIAVO, et al.,

    Defendants.

---

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon the plaintiff's Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915 (Doc. 2). The complaint is a rambling and incoherent narrative from which an actionable claim is not discerned. It also fails to comply with the Federal Rules of Civil Procedure and this court's local rules. McNeil v. United States, 508 U.S. 106 (1993)(pro se litigants must comply with procedural rules that govern pleadings). For example, it does not contain "a short and plain statement of the grounds for the court's jurisdiction." Rule 8(a)(1), F.R.Civ.P.

I therefore recommend that the complaint (Doc. 1) be dismissed. See 28 U.S.C. 1915(e)(2)(B)(I), (ii)(even if the affiant proves indigency, the case shall be dismissed if the action is frivolous or malicious, or fails to state a claim upon which relief may be granted).

Respectfully submitted,

*[signature: Thomas G. Wilson]*

THOMAS G. WILSON
DATED: MARCH 25, 2009    UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).